

**ORDERED in the Southern District of Florida on January 17, 2024.**

*/s/ Laurel M. Isicoff*

**Laurel M. Isicoff, Judge**
**United States Bankruptcy Court**
_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

| | |
|---|---|
| **INRE:**<br>**NATHALIA SAPUCAHY KLINAR** | **CASE NO. 17-17222-LMI**<br>**CHAPTER 13** |
| _____**Debtor(s)**\_\_\_\_/ | |

### ORDER DISCHARGING ORDER TO SHOW CAUSE

THIS CASE came upon the Order to Show Cause for Failure to File LF-97 [Docket Entry No. 86], and based upon the record, it is:

**ORDERED** as follows:

1. The Order to Show Cause is **DISCHARGED** as the Certificate of Compliance, Motion for Issuance of Discharge and Notice of Deadline to Object was filed by the Debtor on January 3, 2024 [Docket Entry No. 89].

2. The Hearing on said Order scheduled for January 9, 2024 at 9:00 a.m. is **CANCELLED**

(###)

Submitted By:

Law Offices of Patrick L Cordero, P.A.
Attorney for Debtor
7333 Coral Way
Miami, FL 33155
Tel: (305) 445-4855


Attorney Patrick L. Cordero, Esq. is directed to serve a conformed copy of this Order on all interested parties immediately upon receipt hereof and to file a certificate of service.